FILED: August 20, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1403
(2:14-cv-27781)
(5:12-cv-06854)

_____

JEFFREY C. SKEENS, as Administrator of the Estate of Grover Skeens; CAROLYN D. DAVIS, as Administratrix of the Estate of Charles T. Davis; OWEN T. DAVIS, as Administrator of the Estate of Cory Davis,

    Plaintiffs - Appellants,

  v.

ALPHA NATURAL RESOURCES, INC.; ALPHA APPALACHIA HOLDINGS, INC., f/k/a Massey Energy Company,

    Defendants - Appellees,

_____

O R D E R

_____

Alpha Natural Resources, Inc. and Alpha Appalachia Holdings, Inc., being the subject of bankruptcy proceedings in which an automatic stay is in effect, the court administratively closes this appeal without prejudice to filing of a motion to reopen the appeal upon termination or lifting of the stay in bankruptcy.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk